# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| JEANETTE DEJARNETTE, | ) | No. ED CV 14-128-JAK (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| SAN BERNARDINO COUNTY SHERIFF'S DEPT., | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: July 21, 2014

HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE